UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Marie Hossfeld,<br><br>                    Plaintiff,<br><br>v.<br><br>Michael J. Adams P.C.,<br><br>                    Defendant. | Civil Action No.: 1:12-cv-00420-SS |

**STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO
DEFENDANT'S MOTION TO DISMISS**

Plaintiff, Marie Hossfeld, and Defendant, Michael J. Adams P.C., through undersigned counsel, hereby stipulate and agree that the time within which Plaintiff may file her Response to Defendant's Motion to Dismiss be extended to July 30, 2012.  In support of this Stipulation, the parties state as follows:

1. On June 22, 2012, Defendant filed a Motion to Dismiss. (Docket #7).

2. The deadline for Plaintiff to respond to Defendant's Motion to Dismiss has passed.

3. The Parties hereby stipulate and agree that the time within which Plaintiff may file her Response should be extended to July 30, 2012.  The Parties respectfully request that the Court so extend this deadline and enter the attached Proposed Order.

4. This is the first request for extension of time sought by the Parties in connection with this Motion.

Dated: July 9, 2012

By: /s/ Sergei Lemberg  
    Sergei Lemberg, Esq.  
    Lemberg & Associates, LLC  
    *Attorneys for Plaintiff, Marie Hossfeld*

By: /s/ Christopher Cade Adams  
    C. Cade Adams, Esq.  
    Jackson Adams P.C.  
    *Attorneys for Defendant, Michael J. Adams P.C.*