UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Marie Hossfeld,** | § <br> § <br> §  Civil Action No.: 1:12-cv-00420-SS <br> § |
| **V.** | § <br> § |
| **Michael J. Adams P.C.,** | § <br> § <br> § |

**STIPULATION OF DISMISSAL OF ACTION WITH
PREJUDICE <u>PURSUANT TO RULE 41(a)</u>**

Plaintiff, Marie Hossfeld, and Defendant, Michael J. Adams P.C., file this stipulation of dismissal, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

1. Marie Hossfeld is the Plaintiff. Michael J. Adams P.C. is the Defendant.

2. On or about May 23, 2012, Plaintiff sued Defendant.

3. Plaintiff moves to dismiss the suit as to all parties.

4. Defendant, who has answered, agrees to the dismissal.

5. This case is not a class action, and a receiver has not been appointed.

6. This action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

7. Plaintiff has not dismissed an action based on or including the same claim or claims as those presented in this suit.

8. This dismissal is with prejudice.

Dated: September 7, 2012

Respectfully submitted,

| | |
|---|---|
| Marie Hossfeld | Michael J. Adams P.C. |
|    /s/ Sergei Lemberg     |   /s/ Christopher Cade Adams    |
| Sergei Lemberg | Christopher Cade Adams, Esq. |
| LEMBERG & ASSOCIATES L.L.C. | JACKSON ADAMS P.C. |
| 1100 Summer Street, 3rd Floor | 3131 McKinney Ave, Suite 600 |
| Stamford, CT 06905 | Dallas, Texas 75204 |
| Telephone: (203) 653-2250 | Telephone: 866.497.8980 |
| Facsimile:  (203) 653-3424 | Facsimile:  866.920.3404 |
| Attorney for Plaintiff | Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

      On September 7, 2012, I filed the foregoing document with the Clerk of the Court for the U.S. District Court for the Western District of Texas, Austin Division via the ECF System. Counsel for Defendant was served also by the ECF System.

                                                            /s/ Sergei Lemberg
                                                              Sergei Lemberg