UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
SEP 21 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Marie Hossfeld, §
§
§ Civil Action No.: 1:12-cv-00420-SS
§
V. §
§
Michael J. Adams P.C., §
§
§

ORDER ON STIPULATION TO DISMISS

On _Sept 21_____, 2012, the Court considered the parties' stipulation to dismiss. After considering the stipulation, the court:

GRANTS the stipulation and dismisses the case with prejudice.

SIGNED on _Sept 21_, 2012.

_____
The Honorable Judge Sam Sparks